Charles H. Chevalier
Christine A. Gaddis
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
Tel: (973) 596-4823

*Attorneys for Plaintiff*
*Amgen, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMGEN INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>ZYDUS PHARMACEUTICALS (USA) INC.,<br><br>    Defendant. | Civil Action No. 3:19-cv-18806 (MAS)(DEA)<br><br>*Document Filed Electronically*<br><br>**APPLICATION FOR ADMISSION *PRO HAC VICE* OF GREGORY D. BONIFIELD AND DENNIS SMITH** |

**PLEASE TAKE NOTICE** that Gibbons P.C., attorneys for Plaintiff Amgen Inc. ("Amgen"), submits this Application for an Order admitting Gregory D. Bonifield and Dennis Smith of Amgen, Inc. as counsel *pro hac vice* in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this Application Amgen shall rely upon the supporting Declarations of Charles H. Chevalier, Gregory D. Bonifield and Dennis Smith submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendant Zydus Pharmaceuticals (USA) Inc. consents to this Application.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

                                             Respectfully submitted,

Dated:    August 17, 2020        s/ Charles H. Chevalier
              Newark, New Jersey    Charles H. Chevalier
                                          Christine A. Gaddis
                                            **GIBBONS P.C.**
                                            One Gateway Center
                                            Newark, NJ 07102-5310
                                            Tel:  (973) 596-4823

                                            *Of Counsel:*

                                            George F. Pappas
                                            Christopher N. Sipes
                                            Michael Kennedy
                                            Philip S. May
                                            COVINGTON & BURLING, LLP
                                            One CityCenter
                                            850 Tenth Street, NW
                                            Washington, DC 20001
                                            Tel: (202) 662-6000

                                            Alexa Hansen
                                            David Denuyl
                                            COVINGTON & BURLING, LLP
                                            Salesforce Tower
                                            415 Mission Street, Suite 5400
                                            San Francisco, CA 94105-2533
                                            Tel: (415) 591-7035

                                            Hangcheng "Robert" Zhou
                                            COVINGTON & BURLING, LLP
                                            3000 El Camino Real
                                            5 Palo Alto Square, 10th Floor
                                            Palo Alto, CA 94306-2112
                                            Tel: (650) 632-4700

                                            Wendy A. Whiteford
                                            Eric Agovino
                                            C. Nichole Gifford
                                            Gregory D. Bonifield  (*pro hac vice* pending*)*
                                            Dennis Smith (*pro hac vice* pending*)*
                                            Amgen, Inc.
                                            One Amgen Center Drive
                                            Thousand Oaks, CA 91320-1789

                                            *Attorneys for Plaintiff Amgen Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Amgen Inc.'s **APPLICATION FOR ADMISSION *PRO HAC VICE* OF GREGORY D. BONIFIELD AND DENNIS SMITH** will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM-ECF system.

Date: August 17, 2020                             s/ Charles H. Chevalier
                                                          Charles H. Chevalier